```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TMT BULK CO., LTD.,

                        Plaintiff,

        - against -

CORUS UK LIMITED AND CORUS STAAL
BV,

                        Defendants.
------------------------------------------------------------X

Case No.: 09 CV 1255 (PKC)

**ORDER TO SHOW CAUSE**

PLEASE TAKE NOTICE, that upon the annexed Declarations of Michael Grim and Christopher Carlsen dated March 24 and 26, 2009, respectively, and the attachments thereto, and upon the accompanying Memorandum of Law submitted on behalf of defendants Cours UK Limited and Corus Staal BV, it is

ORDERED that the plaintiff show cause before the Honorable P. Kevin Castel, United States District Judge, at 500 Pearl Street, Courtroom ___, New York, New York 10007-1302 on the  8  day of April, 2009, at  2  o'clock a.m./p.m., or as soon thereafter as counsel can be heard why the following relief should not be granted:

1. An Order, pursuant to Supplemental Rule E of the Federal Rules of Civil Procedure and Rule E.1 of the Local Admiralty and Maritime Rules for the Southern and Eastern Districts of New York, vacating the Order of Maritime Attachment and Garnishment issued herein, releasing defendant's property attached pursuant to that Order, and dismissing the Verified Complaint;

2. ~~Staying Defendants' time to respond to the Verified Complaint in this action until this Order to Show Cause, and related any appeal, is decided; and~~ *P/C*

3. For such further relief as the Court may deem just and appropriate in the circumstances.

AND IT IS FURTHER ORDERED, that service of a copy of this Order and the papers upon which it is based be made by facsimile and email delivery to plaintiff's counsel, Claurisse Campanale Orozco and Thomas L. Tisdale, at their offices at Tisdale Law Offices, 24 West 40th Street, 17th Floor, New York, New York 10018 on or before March 31, 2009 at noon ~~p.m.~~

Answering papers, if any, including but not limited to affidavits, affirmations, declarations and/or memorandum of law, shall be served *and filed* so as to be received by counsel for the movant, Clyde & Co US LLP, 405 Lexington Avenue, New York, New York 10174 by either fax or email on or before the 3rd day of April, 2009, by 5 ~~a.m.~~/p.m. *and filed*

Reply papers, if any, on behalf of movant shall be served ~~by fax or email~~ so as to be received by counsel for plaintiff at their offices as described above on or before 7th day of April, 2009, by 11 a.m./~~p.m.~~

Dated: March 30, 2009
New York, New York

Hon. P. Kevin Castel
United States District Judge

/PKC/

TO:  Claurisse Campanale Orozco, Esq.
     Thomas L. Tisdale, Esq.
     Tisdale Law Offices LLC
     24 West 40th Street, 17th Floor
     New York, New York 10018
     Tel: (212) 354-0025
     Fax: (212) 869-0067
     corozco@tisdale-law.com
     ttisdale@tisdale-law.com

2